IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOEMI MENDOZA, individually and as Successor-in-Interest to the Estate of ISRAEL M. MENDOZA, Deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 5:25-cv-10868-SVK<br><br>[~~PROPOSED~~] ORDER |

Under Local Rules 6-l(a) and 7-12, the parties stipulated that Plaintiff shall file a Second Amended Complaint by May 1, 2026, and in turn, Defendants shall file a responsive pleading by May 22, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 23, 2026

_____
Honorable Susan van Keulen
United States Magistrate Judge

1